IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA RAE GRAHAM, | No. C 13-03322 RS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| AMERICAN HOME MORTGAGE, et al., | |
| Defendants. | |

  Plaintiff Linda Rae Graham, appearing *in pro se*, brought this action challenging the propriety of foreclosure proceeding involving her home.  She twice filed applications for temporary restraining orders, which were denied for reasons set forth in prior written orders.  Graham submitted an *in forma pauperis* application with her complaint, but did not include the requisite financial status affidavit.  Despite twice being specifically ordered to submit the affidavit or pay the filing fee, and having been afforded additional time to do so, Graham has never exercised either option.  Graham was also expressly warned that failure to comply could result in dismissal.  The record reflects that Graham has abandoned this action.  In light of that and of her failure to submit a financial affidavit or pay the fee, this action is hereby dismissed, without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 10/4/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE